AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
for the
Western District of New York

United States of America

v.

Pablo Marlon FRIAS TERAN
a/k/a Marlon TERAN

*Defendant*

Case No. 25-MJ- 133

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 26, 2025, in the County of Erie, in the Western District of New York, the defendant, Pablo Marlon FRIAS TERAN, an alien, did knowingly commit the offense of possession of a forged, counterfeit, altered, or falsely made United States of America Permanent Resident Card, in violation of Title 18, United States Code, Section 1546(a).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

*Complainant's signature*

DANIEL A. WHITTEN
ENFORCEMENT OFFICER
U.S. CUSTOMS AND BORDER PROTECTION
*Printed name and title*

Sworn to before me and signed telephonically.

Date: August 27, 2025

*Judge's signature*

City and State:  Buffalo, New York

HONORABLE H. KENNETH SCHROEDER JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

STATE OF NEW YORK )
COUNTRY OF ERIE        )   SS:
CITY OF BUFFALO       )

Daniel A. Whitten, being duly sworn deposes and states:

1.   I am an Enforcement Officer with United States Customs and Border Protection ("CBP"), within the Department of Homeland Security ("DHS"), and have been so employed for the past 16 years. Prior to that, I was employed by the same Agency, in a similar capacity, for 5 years. In such capacity, my duties include investigating individuals suspected of violating Federal immigration laws and other related Federal statutes and crimes.

2.   As part of my current duties, I have become involved in an investigation of a suspected violation of Title 18, United States Code, Section 1546(a).

3.   I make this affidavit in support of the annexed criminal complaint charging Pablo Marlon FRIAS TERAN, a.k.a Marlon TERAN , hereinafter referred to as the "Defendant," an alien, not a citizen or national of the United States, born in 1985, in Ecuador, with knowingly possessing a forged, counterfeit, altered, or falsely made United States Permanent Resident Case, which is prescribed by statue or regulation for entry into or as evidence of authorized stay or employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

4.     The statement contained in this affidavit are based upon my personal observations, my training and experience, my review of database checks and official records, and upon information provide to by other law enforcement officers. Because this affidavit is being submitted for the limited purpose of securing a Criminal Complaint. I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the Defendant did knowingly violate Title 18, United States Code, Section 1546(a).

## PROBABLE CAUSE

5.     At approximately 05:24 a.m. on August 26, 2025, at the Peace Bridge Port of Entry in Buffalo, New York, in the Western District of New York, officers of U.S. Customs and Border Protection encountered the Defendant. The Defendant was a passenger in a Maryland plated vehicle that made a wrong turn onto the Bridge, coming from the United States. The Defendant was not in possession of an identity document and was escorted to secondary to determine his immigration status in the United States.

6.     During the secondary inspection, the defendant's fingerprints were electronically searched. That search produced a Fingerprint Identification Number (FIN) 135568XXXX, which is associated to Alien number 245 833 XXX. That Alien file was assigned to the defendant when he was apprehended by the United States Border Patrol near Lukeville, AZ on or about February 19, 2024. At that time, the defendant was placed into removal proceedings and released from custody. On July 18, 2024, the defendant was ordered removed from the United States by an Immigration Judge, in absentia, in Denver, CO. The

defendant has been present in the United States ever since. As part of the secondary inspection, Officer D. Gordon conducted a search of the Maryland plated vehicle that the defendant was a passenger in. During that search, Officer Gorden discovered, within a black bag, located in the trunk of the car, an Alien Registration Receipt Card, bearing the name Marlon Teran, born May 9, 1985, alien number 045 174 XXX and a photo that resembles the defendant.

7. Your affiant conducted electronic database queries, using biographical data contained on the United States Permanent Resident Card, that was found in the black bag. No records were discovered as it relates to the name, or date of birth listed on the United States Permanent Residence Card. A query of alien number 045 174 XXX showed that this number is assigned to a female native of Peru, not Marlon Teran.

8. CBP Enforcement Officer Mark Jann read the subject his Miranda Rights, with CBP Officer J. Stevenson present as a witness. A Spanish translator was used for this interview. The defendant acknowledged his rights and agreed to give a statement. The defendant admitted that the black bag found in the car belonged to him. He admitted that the Alien Registration Receipt Card found in the bag was his and had his photo affixed to it. He also admitted that the document was fake and that he obtained it so he could seek employment in the United States.

9. There were no electronic records found that would indicate that the United States Permanent Resident Card, found in the defendant's possession, was produced by the

United States Government. Additional electronic data base queries were conducted, using the Defendant's true biographical data. Those queries failed to show that the defendant has any lawful immigration status in the United States, has an outstanding final order of removal against him, and was never granted a Lawful Permanent Resident Card.

WHEREFORE, I respectfully submit the foregoing facts to establish probable cause to believe that on August 26, 2025, Pablo Marlon FRIAS TERAN, an alien, did knowingly possess a forged, counterfeit, altered, or falsely made United States of America Permanent Residence card, which is prescribed by statue or regulation for entry into or as evidence of authorized stay or employment in the United States, in violation of Title 18, United States Code, Section 1546(a).

DANIEL A. WHITTEN
Enforcement Officer
U.S. Customs and Border Protection

Sworn to and subscribed telephonically before me on this 27th day of August 2025.

HON. H. KENNETH SCHROEDER JR.
United States Magistrate Judge

4